81 So.3d 520 (2012)
ROBINSON INDUSTRIES, INC., Miami, a foreign profit corporation, Appellant,
v.
THRESHOLDS INTERNATIONAL, INC., Appellee.
No. 3D11-2119.
District Court of Appeal of Florida, Third District.
February 1, 2012.
Rehearing Denied March 9, 2012.
Malka & Kravitz, and Larry R. Leiby, Fort Lauderdale, and Robert S. Tanner, Sunrise, for appellant.
Elder & Lewis, and Kerry H. Lewis, Coconut Grove, for appellee.
Before SALTER, EMAS, and FERNANDEZ, JJ.
PER CURIAM.
Affirmed. Deutsche Bank Nat'l Trust Co. v. Basanta, ___ So.3d ___, 2011 WL 4950007 (Fla. 3d DCA 2011).